An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

STANLEY PETERSON,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK,
Respondent,
   and
J. SOBEL; AND/OR SUCCESSOR D/B/A
DISTRICT COURT JUDGE,
Real Party in Interest.

No. 63855

**FILED**

SEP 2 3 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____S.Young_____
DEPUTY CLERK

## *ORDER DISMISSING PETITION*

This pro se petition for a writ of quo warranto was docketed in this court without payment of the requisite filing fee. A deficiency notice issued the day the writ was filed directing petitioner to pay the filing fee within ten days or the petition would be dismissed. Petitioner did not tender the fee as directed; instead, he submitted a document in which he appears to claim that this is a criminal matter not subject to a filing fee.[1] Petitioner is incorrect. The petition challenges the authority of the district

---

[1]The clerk of this court is directed to file the document received September 10, 2013, entitled "Judicial Notice: Clerk's Obstruction of Justice; Conspiracy to Deny Access to This Court, By and Through the Deliberate Misapplication of Supreme Court Rule 2.250(i)(A)."

SUPREME COURT
OF
NEVADA

(O) 1947A

15-28788

court judge to hold public office, which is civil in nature. Accordingly, this petition is dismissed.

It is so ORDERED.

_____, C.J.

cc: Stanley Peterson
Attorney General/Carson City
Eighth District Court Clerk